No. 831. SWITZERLAND CHEESE ASSOCIATION, INC., ET AL. *v.* E. HORNE's MARKET, INC. C. A. 1st Cir. Certiorari granted. *John J. McGlew* and *Alfred E. Page* for petitioners.

No. 268, Misc. REED *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. The case is transferred to the appellate docket and set for oral argument immediately following No. 273, Misc. *Charles W. Tessmer, Clyde W. Woody* and *Emmett Colvin, Jr.,* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Gilbert J. Pena, Charles B. Swanner* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 712. VELSICOL CHEMICAL CORP. *v.* GOLDEN GATE HOP RANCH, INC. Sup. Ct. Wash. Certiorari denied. *William A. Helsell* for petitioner. *C. W. Halverson* for respondent.

No. 773. SOCIEDAD MARITIMA SAN NICHOLAS, S. A., ET AL. *v.* BOUAS. C. A. 2d Cir. Certiorari denied. *Melvin J. Tublin* for petitioners. *Isaac Salem* for respondent.

No. 810. SIMPSON ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Edward L. Carey* and *Walter E. Gillcrist* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.